United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                Case No. 2:21-cr-119

Sagarkumar Suresh Patel

COURTROOM MINUTES
Change of Plea Hearing

| U.S. District Chief Judge Algenon L. Marbley | | Date:   February 18, 2022 @ 10:50 a.m. | |
|---|---|---|---|
| Deputy Clerk: | Diane Stash | Counsel for Govt: | Ken Affeldt |
| Court Reporter | Shawna Evans | Counsel for Deft(s): | Steven Brown |
| Interpreter | Katar Singh | Pretrial/Probation: | |

Defendant consented to proceed via video.

Defendant entered a guilty plea to Counts 1, 2, 3, and 4 of the Indictment.

PSI report ordered.

Defendant to remain on bond pending sentencing.